UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Crystal Hansen,

                Plaintiff,

                25-cv-04840-VR

     -against-

                **ORDER**

Frank Bisignano
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On October 8, 2025, in accordance with a standing order issued by Chief Judge Swain (amended on October 2, 2025), this Court issued an order staying all deadlines in this action, due to a lapse of funding to the United States Department of Justice. (ECF No. 12).

As of November 12, 2025, the funding was restored. Accordingly, the stay is hereby lifted. The deadline for Defendant's response to Plaintiff's complaint, (ECF No. 11), is extended to November 24, 2025. The deadlines are moved accordingly for Plaintiff's brief to January 23, 2026; Defendant's brief to March 24, 2026; and Plaintiff's reply to April 23, 2026.

      SO ORDERED.

DATED:    White Plains, New York
             11/18/2025

                                                       _____
                                                         VICTORIA REZNIK
                                                         United States Magistrate Judge