**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
Crystal H., o.b.o. J.H., a minor child

Plaintiff,

-against-

25 **CIVIL** 4840 (VR)

**JUDGMENT**

Frank Bisignano, Commissioner of Social Security,

Defendants.
--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 14, 2026, Plaintiff's motion for judgment on the pleadings is **GRANTED**, and the action is **REMANDED** for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g). In light of the four years since Plaintiff filed the application for disability benefits on behalf of her child, including the delays in holding hearings before two separate ALJs before obtaining a decision, the Court urges the Commissioner to expedite further proceedings in this case.

**Dated:** New York, New York

September 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**